# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# MCALLEN DIVISION

| | | |
|---|---|---|
| **Anthony C. Brantley** *Plaintiff,* | § § § § | |
| v. | § § § | Civil Action No. 7:23-cv-113 |
| **La Joya Independent School District** *District* | § § § | |

## DEFENDANT'S NOTICE OF REMOVAL

TO THE HONORABLE JUDGE OF SAID COURT:

Defendant La Joya Independent School District ("La Joya ISD") hereby removes this action from the County Court at Law Number 10 of Hidalgo County, Texas to the United States District Court for the Southern District of Texas, McAllen Division, as provided by 28 U.S.C. §§ 1331, 1441, and 1446 based on this Court's federal question jurisdiction.

1. Plaintiff filed his First Amended Petition in Case No. CL-22-4955-J in the County Court at Law Number 10 of Hidalgo County on March 20, 2023.  Removal is proper because in that amended petition, Plaintiff alleged for the first time that he is seeking to recover for alleged violations of his rights under federal law, including his rights under Title VII of the Civil Rights Act of 1964, as amended,

over which this Court has original jurisdiction. *See* 28 U.S.C. §§ 1331, 1441, 1446.

2. Venue is proper in this district because the state court where the suit has been pending is located in this district.

3. Pursuant to 28 U.S.C § 1446(a) and Local Rule 81, Defendant attaches to this Notice all executed process, pleadings, and orders filed in the underlying state court action (Exhibit 1); the docket sheet (Exhibit 2); an index of the matters being filed (Exhibit 3); and a list of all counsel of record, including addresses, telephone numbers and parties represented (Exhibit 4).

4. Contemporaneously with the filing of this Notice of Removal, Defendant is filing a copy of this Notice of Removal with the clerk of the state court in which the action has been pending.

5. Contemporaneously with the filing of this Notice of Removal, Defendant is filing a Civil Action Cover Sheet (Form JS44c) (Exhibit 5).

## PRAYER

Accordingly, Defendant removes this case to the United States District Court for the Southern District of Texas, McAllen Division, and ask this Court to retain jurisdiction over this case. Defendant further prays for all necessary writs to bring before this Court all records and proceedings in the County Court at Law Number

10 of Hidalgo County and for such other and further special and general relief to which it may be entitled to receive.

        Respectfully submitted,

By: */s/ David Campbell*
    David Campbell, Attorney-in-Charge
    Texas Bar No. 24057033
    *dcampbell@808west.com*
    Kristi Godden
    Texas Bar No. 24079577
    *kgodden@808west.com*
    O'HANLON, DEMERATH & CASTILLO
    808 West Avenue
    Austin, Texas 78701
    Tel: (512) 494-9949
    Fax: (512) 494-9919
    **Counsel for Defendant**

## CERTIFICATE OF SERVICE

I certify that on April 4, 2023, the following counsel of record was served with the foregoing document via the Court's electronic case filing system:

**Law Offices of Jose G. Gonzalez**
Carlos E. Hernandez, Jr.
Texas Bar No. 00787681
4129 N. 22nd Street, Suite 8
McAllen, Texas 78504
Telephone: (956) 731-4324
Facsimile: (956) 731-4327
Email: carlos.hernandezjr@gmail.com
**Counsel for Plaintiff**

> */s/ David Campbell*
> David Campbell